## MECHANICS SAVINGS BANK *v.* BILLY J. HENDRICKS ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 18435) is denied.

*Norman J. Bernstein,* in support of the petition.

*Michele D. Sensale,* in opposition.

Decided November 3, 1998